IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 19-10088-STA |
| RANDY WATKINS, | ) |
| Defendant. | ) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

On or about March 19, 2018, in the Western District of Tennessee, the defendant, ----------------------------------------------RANDY WATKINS---------------------------------------------- for the purposes of executing a scheme and artifice to obtain moneys, funds, credits, assets, securities, or other property under the control or custody of Wells Fargo, N.A., and Centennial Bank, federally insured financial institutions, by means of false and fraudulent pretenses and representations, negotiated and deposited a check at in the amount $13,502.29, which was made out to Acme Advanced Logistics, L.L.C., and Kenworth of Louisiana-Monroe, with the amount obtained by the defendant for his benefit and which resulted in a loss to Kenworth of Louisiana, in violation of Title 18 U.S.C. § 1344.

_____8/2/19_____
DATE

1

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

_____
MATTHEW WILSON
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 19-10088 |
| RANDY WATKINS, | ) |
| Defendant. | ) |

# NOTICE OF PENALTIES

### COUNT ONE

nmt 20 yrs. imprisonment; nmt $500,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100; see 18 U.S.C. § 3013 (a).